MICHAEL P. OBERT, JR., SB# 022962
 E-Mail: obert@lbbslaw.com
ADAM S. POLSON, SB# 022649
 E-Mail: polson@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
AZDocketing@lbbslaw.com
Attorneys for Reliant Recovery Services, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Couch,<br><br>   Plaintiff,<br><br> vs.<br><br>Reliant Recovery Services, Inc.; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.:  4:11-cv-00672-TUC-CKJ<br><br>**NOTICE OF SETTLEMENT** |

  Defendant Reliant Recovery Services, Inc. hereby informs the Court that it has reached a settlement with Plaintiff.  Reliant Recovery Services and Plaintiff shall file a Stipulation to Dismiss Reliant Recovery Services with Prejudice within the next sixty (60) days.

  DATED this 2nd day of February, 2011.

                 **LEWIS BRISBOIS BISGAARD & SMITH LLP**


                 By ___//s//__Michael P. Obert, Jr._____
                    Michael P. Obert Jr.
                 Attorneys for Defendant Reliant Recovery Services

/ / /

/ / /

4823-2744-6286.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2012, a true and correct copy of the foregoing Ntoice of Settlement was served electronically by the U.S. District Court fo the District of Arizona Electronic Document Filing System (ECF) and that the document is available on the ECF System.

Kindra Deneau, Esq.
7135 E. Camelback Rd., Ste. 230
Scottsdale, AZ  85251
Of Counsel to:

Lemberg & Associates, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Attorneys for Plaintiff Nicole Couch

_____//s// Cheryl_Francis_____
30869-05

4823-2744-6286.1

2