# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Couch,<br><br>    Plaintiff,<br><br>vs.<br><br>Reliant Recovery Services, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 4:11-cv-00672-TUC-CKJ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having come before the Court on stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED dismissing the above-captioned, with each party to bear their own fees and costs.

IT IS FURTHER ORDERED the Clerk of Court shall close its file in this matter.

Dated this 14th day of March, 2012.

_____
Cindy K. Jorgenson
United States District Judge

4838-6736-1807.1

4:11-CV-00672-TUC-CKJ